U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY 23 2016

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BLAIR CORMIER | CIVIL ACTION NO. 6:15-cv-01773 |
| VERSUS | JUDGE TRIMBLE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner for further administrative action pursuant to the fourth sentence of 42 U.S.C. § 405(g). More particularly, the Commissioner shall fully develop the record, allow the claimant an opportunity to submit additional evidence and to testify at another hearing, and make new determinations at Step Three and Step Five of the requisite analysis.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 23rd day of May, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE